UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. CANNAVAN,<br>Plaintiff,<br>v.<br>GAVIN NEWSOM, JEFF MACOMBER, SGT. TAYLOR, and CDCR DIVISION OF ADULT SERVICES,<br>Defendants. | Case No. 1:26-cv-06165-HBK (PC)<br>ORDER STRIKING IMPROPERLY FILED OBJECTIONS<br>(Doc. No. 8,9,10, 11) |

Plaintiff, a prisoner proceeding pro se, initiated this civil rights action by filing a complaint on August 4, 2026. (Doc. 1). On August 7, 2026, the Court granted Plaintiff leave to proceed *in forma pauperis*. (Doc. 7).

On August 14 and September 17, 2026, Plaintiff filed documents entitled "Objections to Magistrate Judge's Findings and Recommendations." (Docs. 8-11). The Court has not yet screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and no findings and recommendations have been issued in this action. Thus, there are no findings and recommendation to which Plaintiff may object.

The objections are therefore premature and improperly filed.

////

////

Accordingly, IT IS ORDERED:

The Clerk of Court is directed to STRIKE Plaintiff's objections (Docs. 8-11) from the docket.

Dated: November 23, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE